# RETURN OF SERVICE

**State of US DIST COURT**  **County of Middle Dist of Fla**

Case Number: 8:20-CV-03116


FFP2021000003

Plaintiff:
**SIGFREDO PRIETO**

vs.

Defendant:
**PINTO TRANSPORT, INC.,**

For:
LEE LAW PLLC
6530 TAMPA EXECUTIVE AIRPORT RD
#227
TAMPA, FL 33610

Received by FAITHFUL PROCESS SERVICES LLC on the 4th day of January, 2021 at 3:07 pm to be served on **PINTO TRANSPORT INC. C/O PATRICK J. DOSSEY CPA, 6039 CYPRESS GARDENS BLVD, WINTER HAVEN, FL.**

I, Michael Mosely, do hereby affirm that on the **6th day of January, 2021** at **11:33 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR JURY TRIAL** to: **ALYSHA RENVELLA**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **6039 CYPRESS GARDENS BLVD #326, WINTER HAVEN, FL**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with Florida State Statutes 48.031 (6)

**Additional Information pertaining to this Service:**
1/6/2021  11:33 am  Attempted service at 6039 CYPRESS GARDENS BLVD, WINTER HAVEN, FL , This is a USPS Store. Manager confirm that business has a active box for mail pick-up.

I certify that I am over the age of 18, have no interest in the above action. Pursuant to Florida Statute 92.525, and under penalty of perjury, I declare that the facts set forth in the foregoing affidavit are true and correct.

_Michael Mosely_
**Michael Mosely**
CPS# 608

**FAITHFUL PROCESS SERVICES LLC**
**1703 N. TAMPA STREET**
**#7**
**TAMPA, FL 33602**
**(813) 223-2255**

Our Job Serial Number: FFP-2021000003

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1g