# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
FRI 23 OCT 2020

EXPECTED DELIVERY DATE:
SAT 31 OCT 2020 EOD
SHIP FROM:
SIFREDO PRIETO
1715 HARLEY RD
TAMPA FL 33619
(407) 272-8866

SHIP TO:
PINTO TRANSPORT
6003 DUNDEE RD
WINTER HAVEN FL 33884-1191
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #7074
SEFFNER,FL 33584

SHIPMENT INFORMATION:
USPS MEDIA MAIL
0 lb 2.4 oz actual wt
0.18 lb billable wt

15.00X12.00X0.75 IN
USPS TRACKING
HOME DELIVERY

TRACKING NUMBER: 9449011899564942076207
SHIPMENT ID: MMANUM4X09UDG
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
LETTER

SHIPMENT CHARGES:
MEDIA MAIL           4.67
SERVICE OPTIONS      0.00
CMS PROCESSING FEE   0.22

TOTAL                $4.89

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)   SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

SHIPMENTID: MMANUM4X09UDG

Powered by iShip(r)
10/23/2020 07:03 AM Pacific Time N

The UPS Store®



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
KR0920