October 23, 2020

Pento Transport

6003 Dundee Rd

Winter Haven, FL, 33884

Hello,

I am writing you because I have not been paid my paycheck totaling $2500. This paycheck was due to me October 2, 2020. I have tried to recover these unpaid wages from you, but you have refused to pay me. You have refused to pay me due to an accident that happened while I was driving. In this business, accidents happen from time to time. However, I still need to pay from all the time I have worked for you. I completed a two-week trip from California and deserved to be paid the agreed upon wage of $2500. Finally, I am not responsible for the damages to the truck or the cost of repair.

Please send a check in the amount of $2500 to 1715 Heartly Tampa, FL, 33619.

Sincerely,

Sigfredo Prieto