UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIGFREDO PRIETO,

    Plaintiff,

v.                                                            Case No: 8:20-cv-3116-JSM-AAS

PINTO TRANSPORT, INC.,

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Approval of Settlement (Dkt. 22). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement (Dkt. 22) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of April, 2021.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record